CIVIL COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON BERNARD, ET., AL    INDEX# 08 CV 3808    Plaintiff,

--- AGAINST ---

JCJ BAKERY CORPORATION, ET., AL

Defendant,

STATE OF NEW YORK)
              )SS.
COUNTY OF ALBANY )

JAMES LEPORE being duly sworn, deposes and says:

That he is over the age of eighteen years and is not a party to this action.

That on the 28th day of April, 2008, he served the Summons and Complaint on JCJ BAKERY CORP., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, DONNA CHRISTIE, white woman, approximately 42 years of age, 5'4", blond hair, blue eyes and approximately 137lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

*[signature]*
JAMES LEPORE

Sworn before me this
28th day of April, 2008

*[signature]*
LAWRENCE A. KIRSCH
    4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011