ESTRIN, BENN & LANE, LLC
Attorneys for the Defendants
JCJ BAKERY CORPORATION and
CHARLIE NICOSIA
225 Broadway, Suite 1200, New York, New York 10007
Telephone: (212)962-0800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RAMON BERNARD, Individually and on
Behalf of All Other Persons Similarly Situated,        08 CV 03808 (LAK)

                    Plaintiff,        Certificate of Service

   - against -

JCJ BAKERY COPRORATION, CHARLIE
NICOSIA and JOHN DOES #1-10,

                    Defendants.
_____

I hereby certify that on May 21, 2008, the Defendants' Answer to Complaint with Jury Demand was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's rules on Electronic Service upon the following party and participant:

Jeffrey Michael Gottlieb
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
nyjg@aol.com

                                                        S/
                                          Melvyn J. Estrin (MJE-9897)
                                          Estrin, Benn & Lane, LLC
                                          225 Broadway, Suite 1200
                                          New York, New York 10007