The Law Office of Jeffrey M. Gottlieb
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RAMON BERNARD, Individually, and on Behalf of
All Other Persons Similarly Situated,

                          Plaintiffs,

-against-

JCJ BAKERY CORPORATION, CHARLIE NICOSIA
and JOHN DOES #1-10

                          Defendants.
-----------------------------------------------------------x

Joint Discovery Plan

08cv03808(LAK)

## JOINT DISCOVERY AND MOTION SCHEDULE

In accordance with Federal Rules of Civil Procedure 26(f), the parties agree to the following discovery schedule:

1. No additional parties may be joined after September 8, 2008
2. No amendments to the pleadings will be permitted after September 8, 2008
3. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before August 1, 2008
   (b) rebuttal expert witnesses on or before August 1, 2008
4. All discovery, including any depositions of experts, shall be completed on or before February 2, 2009
5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before March 2, 2009

Dated: June 9, 2008

JEFFREY M. GOTTLIEB (JG-7905)
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, New York 10003
(212)228-9795

*Attorneys for Plaintiffs*

MELVYN J. ESTRIN (MJE-9897)
ESTRIN, BENN & LANE, LLC
225 Broadway, Suite 1200
New York, New York 10007
(212)962-0800

*Attorneys for Defendants*

SO ORDERED

_____
U.S.D.J.
6/11/08