Jeffrey M. Gottlieb, Esq. (JG-7905)
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, New York 10003
Tel:(212)228-9795
Fax:(212)982-6284
Attorneys for Plaintiff, Individually and
on Behalf of All Other Persons Similarly Situated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON BERNARD, Individually, and on Behalf of
All Other Persons Similarly Situated,

                Plaintiffs,

                08cv03808(LAK)

     -against-

JCJ BAKERY CORPORATION, CHARLIE NICOSIA
and JOHN DOES #1-10

                Defendants.
------------------------------------------------------------X

## PLAINTIFF'S RULE 26(A)1 INITIAL DISCLOSURES

    Ramon Bernard, Individually and on Behalf of All Other Persons Similarly Situated, (collectively "Plaintiffs" or "Bernard"), by and through their undersigned counsel, Gottlieb & Associates, hereby make the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

    A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information:

        1. Defendants JCJ Bakery Corporation, Charlie Nicosia and John Does #1-10
        2. Plaintiff Ramon Bernard

Each of the above individuals may have discoverable information concerning one or more of the following topics: (1) JCJ Bakery Corporation's relevant personnel policies and procedures concerning the operation of its bakery; (2) Charlie Nicosia's relevant personnel policies and procedures concerning the operation of the bakery; (3) John Does #1-10's relevant personnel policies and procedures concerning the operation of the bakery; (4) JCJ Bakery Corporation's policies and procedures concerning payments made to those individuals involved with the operation of the bakery; (5) Charlie Nicosia's policies and procedures concerning

payments made to those individuals involved with the operation of the bakery; (6) John Does #1-10's policies and procedures concerning payments made to those individuals involved with the operation of the bakery; (7) schedules of those individuals involved with the operation of the bakery; (8) Plaintiff Ramon Bernard's schedule in connection with the operation of the bakery.

Please note that Plaintiffs object to any ex parte contact with Plaintiff Bernard, who may, instead, be contacted through his counsel.

B. A description by category and location of, all documents, data compilations and tangible things in the possession, custody or control of Plaintiffs that Plaintiffs may use to support their claims or defenses, unless solely for impeachment;

1. Plaintiff Bernard does not have any documents in his possession relevant to his employment with defendants aside from his 2006 and 2007 W-2 forms. Plaintiff Bernard is in the process of searching for any other documents related to his employment with Defendants and if he discovers any, he will supplement this disclosure.

C. A computation of any category of damages claimed by Plaintiffs, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

1. Plaintiff Bernard and the Plaintiff Class cannot calculate Plaintiffs' full damages until they obtain full employment records from Defendants.

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payment made to satisfy the judgment: Not applicable.

Date: June 13, 2008
New York, New York

_____
Jeffrey M. Gottlieb (JG-7905)
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, New York 10003
(212)228-9795
Attorneys for Plaintiffs

TO:
Melvin J. Estrin, Esq.
ESTRIN, BENN & LANE, LLC

3

Attorneys for Defendants
225 Broadway
Suite 1200
New York, New York 10007
(212)962-0800