Jeffrey M. Gottlieb, Esq. (JG-7905)
Dana L. Gottlieb, Esq. (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street
Suite PHR
New York, New York 10003
Tel:(212)228-9795
Fax:(212)982-6284
Attorneys for Plaintiff, Individually and
on Behalf of All Other Persons Similarly Situated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RAMON BERNARD, Individually, and on Behalf of
All Other Persons Similarly Situated,

                              Plaintiffs,

     -against-

JCJ BAKERY CORPORATION, CHARLIE NICOSIA
and JOHN DOES #1-10

                              Defendants.
---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08cv03808(LAK)

Notice is hereby given of the appearance of the undersigned as counsel for RAMON BERNARD, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        GOTTLIEB & ASSOCIATES
        Dana L. Gottlieb, Esq.
        150 East 18th Street
        Suite PHR
        New York, NY 10003
        Tel: (212) 228-9795

Dated: New York, New York
       June 16, 2008

                            Respectfully submitted,
                            **GOTTLIEB & ASSOCIATES**

By: _Dana L. Gottlieb_
Dana L. Gottlieb, Esq. (DG-6151)