ESTRIN, BENN & LANE, LLC
Attorneys for the Defendants
JCJ BAKERY CORPORATION and
CHARLIE NICOSIA
225 Broadway, Suite 1200
New York, New York 10007
Telephone: (212) 962-0800
Facsimile: (212) 732-1408

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RAMON BERNARD, Individually and on Behalf of All Other Persons Similarly Situated, | 08 CV 03808 (LAK) |
| Plaintiff, | Automatic Disclosures Pursuant to Rule 26 (A) 1 |
| - against - | |
| JCJ BAKERY COPRORATION, CHARLIE NICOSIA and JOHN DOES #1-10, | |
| Defendants. | |

---

The Defendants, JCJ Bakery Corporation ("JCJ") and Charlie Nicosia, by their attorneys, Estrin, Benn & Lane, LLC, hereby disclose the following information pursuant to Federal Rule of Civil Procedure 26 (a) (1):

A.        The following individuals are likely to have discoverable information regarding the defenses raised in the Defendants' Answer:

       1.     Defendant, Charlie Nicosia, would have information regarding personnel policies and payments made to the plaintiff.
       2.     Plaintiff, Ramon Bernard, would have information regarding any and all payments received in connection with his employment, his job description, the number of hours worked, including any overtime and his work schedule.

B.        The following documents are in the care, custody or control of the Defendants which are relevant to the defenses raised in the Defendants' Answer.

       1.     The Defendants are in the process of searching their records for all documents relevant to the Plaintiff's employment.

C.        Not applicable in that the Defendants are not claiming damages.

D.        Not applicable.

Dated: New York, New York
June 26, 2008

                                                                                      _____
                                                                                      Melvyn J. Estrin (MJE-9897)
                                                                                      Attorneys for Defendants
                                                                                      Estrin, Benn & Lane, LLC
                                                                                      225 Broadway, Suite 1200
                                                                                      New York, New York 10007
                                                                                      (212) 962-0800

Jeffrey M. Gottlieb, Esq.
Gottlieb & Associates
Attorneys for Plaintiffs
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 338-9795