ESTRIN, BENN & LANE, LLC
Attorneys for the Defendants
JCJ BAKERY CORPORATION and
CHARLIE NICOSIA
225 Broadway, Suite 1200
New York, New York 10007
Telephone: (212) 962-0800
Facsimile: (212) 732-1408

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RAMON BERNARD, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>JCJ BAKERY COPRORATION, CHARLIE NICOSIA and JOHN DOES #1-10,<br><br>Defendants. | 08 CV 03808 (LAK)<br><br>STIPULATION<br>DISCONTINUING ACTION |

---

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no person or party hereto is an infant or incompetent for whom a guardian or committee has been appointed, and in the subject matter of which no person not a party has an interest, the above entitled action be and the same hereby is discontinued with prejudice by the Plaintiff and without costs to either party as against the other. The Defendants herein consent to the discontinuance of this action. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
July 28, 2008

Gottlieb & Associates
Attorneys for Plaintiffs
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 338-9795

Estrin, Benn & Lane, LLC
Attorneys for Defendants
225 Broadway – Suite 1200
New York, New York 10007
(212) 962-0800